UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-11 |
| | Case No. 2:24-cr-4 |
| Plaintiff, | Hon. Jane M. Beckering |
| | U.S. District Judge |
| v. | |
| KYLE LEE DEAN, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant Dean appeared before the undersigned for a status conference, initial pretrial conference and arraignment in the above mentioned cases on April 22, 2025. Defense counsel reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: April 22, 2025        /s/ *Maarten Vermaat*
                             MAARTEN VERMAAT
                             U.S. MAGISTRATE JUDGE